THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANIELLO DE SIMONE, Appellant.— Judgment by a city magistrate sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the offense of failing to tag articles of bedding in violation of section 385, subdivision 1, of the General Business Law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.